IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY - 3 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| (1) ANDREW HAINGAERTNER, an individual, and<br><br>(2) ROBERT J. WALSH, an individual,<br><br>Plaintiffs,<br>v.<br><br>ZHEJIANG SUNSHINE LEISURE PRODUCTS CO., LTD,<br>a corporation of China,<br><br>Defendant. | Case No. 17-5080 TLB |

## COMPLAINT

COMES NOW, Plaintiffs, Robert J. Walsh and Andrew Haingaertner, ("Plaintiffs"), by their attorneys, and for their Complaint against Defendant, Zhejiang Sunshine Leisure Products Co., Ltd. ("Defendant"), state and allege as follows:

### Nature of the Action

1. This is an action for patent infringement.

### The Parties

2. Plaintiff Robert J. Walsh is an individual residing in Tobyhanna, PA.

3. Plaintiff Andrew Haingaertner is an individual residing in Rogers, AR.

4. Defendant is, upon information and belief, a for-profit corporation organized under the laws of China, and has its principal place of business in China.

## Jurisdiction and Venue

5.  This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1338 and 2201.

6.  Defendant is subject to personal jurisdiction in this Court, because the infringing devices are being imported and sold in this judicial district.

7.  Venue is appropriate in this district pursuant to 28 U.S.C. § 1391.

8.  Plaintiff is the owner of each of the following United States Design Patents ("the Patents-in-Suit"):

   a.  On July 8, 2014, the United States Commissioner of Patents and Trademarks issued United States Patent No. D708,465 entitled "SLATED SEATING FOLDING CHAIR" to plaintiffs (the '465 patent).

   b.  On July 22, 2014, the United States Commissioner of Patents and Trademarks issued United States Patent No. D709,311 entitled "MESH GAP SLATED SEATING FOLDING CHAIR" to plaintiffs (the '311 patent).

   c.  On February 14, 2017, the United States Commissioner of Patents and Trademarks issued United States Patent No. D778,659 entitled "MESH GAP CHAIR SLATS" to plaintiffs (the '659 patent).

9.  Defendant has been infringing the Patents-in-Suit by making, using, selling, offering for sale, and/or importing products embodying the patented inventions, and will continue to do so unless enjoined by this Court.

10. Defendant has known about the Patents-in-Suit since the respective dates of issue, and Defendant has pursued its knowing and willful infringement thereof in flagrant disregard of Plaintiffs' rights thereunder.

WHEREFORE, Plaintiffs demand:

(a) an injunction against Defendant's continued infringement of the Patents;

(b) an accounting for damages resulting from Defendant's infringement and the trebling of such damages because of the knowing willful and wanton nature of Defendant's conduct;

(c) an assessment of interest on the damages so computed;

(d) an award of Plaintiffs' attorney fees and costs in this action; and

(e) such other and further relief as this Court may deem just and proper.

JURY DEMAND REQUESTED

Dated: May 3, 2017

Respectfully submitted,

By:

*(signature)*

Robert K. Rhoads, ABA #80121
Phillip L. Free, Jr.,
(*pro hac vice* Applicant)
Michael H. Smith,
(*pro hac vice* Applicant)
HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.
75 North East Avenue, Suite 402
Fayetteville, AR  72701-5388
Telephone:  (479) 973-5200
Facsimile:  (479) 973-0520
rrhoads@hallestill.com
pfree@hallestill.com
mhsmith@hallestill.com

**ATTORNEYS FOR PLAINTIFFS
HAINGAERTNER and WALSH**

3112489.1:002427:00001